**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6004**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

PATRICE BEHANZIN WILSON, a/k/a K-Mel,

              Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (7:96-cr-00034-BR-1)

Submitted:  July 12, 2010              Decided:  July 21, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrice Behanzin Wilson, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrice Behanzin Wilson appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence from 360 months' to 324 months' imprisonment based on a two-level reduction, and a subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wilson, No. 7:96-cr-00034-BR-1 (E.D.N.C. filed Oct. 14, 2009 & entered Oct. 15, 2009; Dec. 9, 2009); see also Dillon v. United States, ___ S. Ct. ___, 2010 WL 2400109 at *8-*9 (June 17, 2010) (No. 09-6338) (clarifying that § 3582(c)(2) does not authorize a resentencing, rather permits a sentence reduction within the narrow bounds established by the Commission, and concluding that United States v. Booker, 543 U.S 220 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED